TRINIDAD VIGO TORRES Y SU ESPOSA MARÍA LATIMER, demandantes y apelantes, *v.* RAFAEL OJEDA MARTÍNEZ, demandado y apelado.

No. 5813.—*Sometido:* Junio 16, 1932. *Resuelto:* Mayo 12, 1933.

*G. Cruzado Silva* y *F. M. Fernández,* abogados de los apelantes; *J. Alegría,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Después de la ejecución sumaria de una hipoteca sobre una

casa y solar, los deudores hipotecarios iniciaron este procedimiento para recobrar el importe de una supuesta exención por concepto de hogar seguro. Una de las defensas suscitadas fué que el dinero había sido prestado con el fin de terminar la construcción de la casa. Los demandantes se opusieron a la prueba en apoyo de esta alegación.

■ La escritura de hipoteca describía la casa y el solar, y decía que el solar había sido adquirido por compra y que se había construído la casa. Fuera de esto no contenía nada que indicara que la casa hubiese sido terminada. El testimonio al efecto de que la casa estaba aún en proceso de construcción, aunque prácticamente terminada, y de que el préstamo había sido hecho con el objeto de que los deudores hipotecarios concluyeran la obra, no varió en forma alguna los términos y condiciones del documento. La corte de distrito no cometió error al declarar sin lugar las objeciones de los demandantes.

■ ■ El juez de distrito, al resolver el caso, dijo que no tenía duda alguna de que el préstamo se hizo con el objeto de terminar el trabajo, o por lo menos cuando se aseveró que el dinero se necesitaba con ese fin. Hubo algún conflicto en la prueba a este respecto, mas no estamos en posición de decir que el juez sentenciador estuvo manifiestamente equivocado en sus conclusiones. Podría admitirse que la corte cometió error al eliminar la declaración de María Látimer al efecto de que no se necesitaban $5,000 para colocar las losetas, que era cuanto faltaba por hacer. Según la exposición del caso y opinión, es bastante claro que si este testimonio no hubiese sido eliminado el resultado hubiera sido el mismo. El error, de haberse cometido, de eliminar este testimonio por el fundamento de .que la testigo no había demostrado estar capacitada para servir como perito, es inofensivo.

*La sentencia apelada debe ser confirmada.*